UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Judith Kay Zbiegien,

Plaintiff,

v.

VICORP Restaurants, Incorporated, a Colorado Corporation, d/b/a Baker's Square Restaurant & Pie Shop,

Defendant.

Court File No.: 01-1264 PAM/JGL
Case Type: Other Civil Rights

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that the above-entitled action may be, and the same hereby is, dismissed with prejudice and on the merits, but without further fees or costs to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 9/15/01

By: [signature]
John A. Zbiegien (#197762)
6200 Shingle Creek Parkway, #385
Brooklyn Center, MN 55430
Telephone: (763) 566-8832
ATTORNEY FOR PLAINTIFF

Dated: 9/25/01

FOLEY & MANSFIELD, P.L.L.P.

By: [signature]
Thomas A. Harder (#158987)
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN 55403
Telephone: (612) 338-8788
ATTORNEYS FOR DEFENDANT

FILED OCT 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 0 2 2001
DEPUTY CLERK

# ORDER

Based on the above Stipulation,

**IT IS HEREBY ORDERED:**

1. That Plaintiff's claims against Defendant are dismissed with prejudice and without further fees or costs to any party; and

2. That there being no just reason for delay, the Clerk of Court is directed to enter a judgment of dismissal with prejudice in favor of Defendant and against Plaintiff.

**LET JUDGMENT BE ENTERED FORTHWITH.**

BY THE COURT:

Dated: October 1, 2001

By: ______________________
Paul A. Magnuson
Judge of United States District Court